ELIZA GLENN, Respondent, *v.* LOUISE C. BURROWS et al., as
Executors, etc., Appellants.

(Argued March 10, 1890; decided March 21, 1890.)

APPEAL from order of the General Term of the Supreme
Court in the fifth judicial department, made October 1, 1889,
which affirmed an order of Special Term confirming the report
of a referee.

*John H. White* for appellants.

*John Cunneen* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.

STEPHEN L. BARTLETT, Appellant, *v.* EDWARD SUTORIUS,
Respondent.

(Argued March 10, 1890; decided March 21, 1890.)

APPEAL from order of the General Term of the Supreme
Court in the first judicial department, made January 13, 1890,
which reversed an order of Special Term denying a motion to
vacate an order of arrest.

*Robert E. Deyo* for appellant.

*Chas. Stewart Davison* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.